**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK DWIGHT BIRDSONG, JR., <br><br> Petitioner, <br><br> v. <br><br> MARTIN D. BITER (Warden), <br><br> Respondent. | NO. CV 16-1015-VAP(E) <br><br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 27, 2016.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE